**DAVID R. PARTOVI**
PARTOVI LAW, P.S.
900 N. Maple, Lower Level
Spokane, WA 99201
Phone (509) 270-2141
Fax (509) 326-6102
partovilaw@gmail.com
Attorney for Defendant

HONORABLE JOHN T. RODGERS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff,<br><br>-vs-<br><br>NORMAN CARL CLARY,<br>                        Defendant. | NO. 2:19-CR-0170-TOR<br><br>NOTICE OF WITHDRAWAL OF DETENTION HEARING |

COMES NOW the Defendant, NORMAN CARL CLARY, by and through his counsel of record, David R. Partovi, and moves the Court for withdrawal of detention hearing. This request is based on the fact that the defendant was writ into federal custody and would simply be returned to state custody if the motion were granted. Therefore, the issue is moot and the defendant withdraws his detention hearing at this time.

DATED this 2nd of December, 2019.    **PARTOVI LAW, P.S.**

                                                            *s/ David R. Partovi*
                                                            DAVID R. PARTOVI, WSBA #30611
                                                           Attorney for Defendant

## CERTIFICATION

I hereby certify that on <u>2nd</u> day of <u>December</u>, <u>2019</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which I will sent notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    William Hyslop- United States Attorney
    Caitlin Baunsgard - Assistant United States Attorney
    Eastern District of Washington
    920 W Riverside Suite 300
    P.O. Box 1494
    Spokane, WA 99210-1494
    Telephone: (509) 353-2767

                **PARTOVI LAW, P.S.**

                s/ *David R. Partovi*
                DAVID R. PARTOVI, WSBA #30611
                Attorney for Defendant