Stephen R. Hormel
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORMAN CLARY, ) <br> ) <br> Defendant. ) <br> ) | 2:CR-19-170-TOR <br><br> NOTICE OF APPEARANCE |

STEPHEN R. HORMEL for Hormel Law Office, LLC hereby enters an appearance as retained counsel in this matter.

Dated: January 26, 2020

Respectfully Submitted,

*s/ Stephen R. Hormel*
WSBA #18733
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318
Email: steve@hormellaw.com

Notice of Appearance

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Caitlin Baunsgard, Assistant United States Attorney.

<u>s/ Stephen R. Hormel</u>
WA 18733