SHANNON COLLINS

FILED

2019 OCT -3 PM 1:29

KIMBERLY A. ALLEN
GRANT COUNTY CLERK

SUPERIOR COURT OF WASHINGTON FOR GRANT COUNTY

STATE OF WASHINGTON,

            Plaintiff,

vs.

NORMAN C. CLARY,
DOB: ~~~~~~~~
MLPD, ~~~~~~~~

            Defendant.

No.: 19-1-00561-13

INFORMATION

GARTH DANO, Prosecuting Attorney for Grant County, State of Washington, by this Information accuses the above-named defendant of the crime(s) of:

**COUNT 1:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 2:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 3:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 4:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 5:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 6:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 7:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 8:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 9:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

**COUNT 10:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)

INFORMATION      Page 1      PROSECUTING ATTORNEY
35 C STREET NW, POST OFFICE BOX 37
EPHRATA, WA 98823
(509) 754-2011 FAX (509) 754-3449

8

COUNT 11: VUCSA (Poss Methamphetamine with Intent to Manufacture or Deliver), 69.50.401(1), (2)(b)
COUNT 12: VUCSA (Poss Cocaine or Heroin with Intent to Manufacture or Deliver), 69.50.401(1), (2)(a)

Committed as follows:

### Count 1: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of Controlled Substance without a Prescription, a felony, knowingly did own, have in his possession, or have in his control, a Harrington and Richardson shotgun, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 2: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription, a felony, knowingly did own, have in his possession, or have in his control, a Remington .22 Caliber rifle, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)

**Court Code:** 9.41.040(2)(a)(i)

### Count 3: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription , a felony, knowingly did own, have in his possession, or have in his control, a Benelli 12 gauge shotgun , a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code:** 9.41.040(2)(a)(i)

### Count 4: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription , a felony, knowingly did own, have in his possession, or have in his control, a .22 caliber Rugar Revolver , a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code:** 9.41.040(2)(a)(i)

### Count 5: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription, a felony, knowingly did own, have in his possession, or have in his control, a New England Arms shotgun, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 6:  Unlawful Possession of a Firearm in the  Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription, a felony, knowingly did own, have in his possession, or have in his control, a Marlin .22 Caliber rifle model 60, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 7:  Unlawful Possession of a Firearm in the  Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription , a felony, knowingly did own, have

in his possession, or have in his control, a Ruger bolt action rifle .270 caliber , a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 8: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance no Prescription, a felony, knowingly did own, have in his possession, or have in his control, a Savage Model 170 pump action rifle, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 9: Unlawful Possession of a Firearm in the Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription , a felony, knowingly did own, have in his possession, or have in his control, a Browning semi automatic .270 caliber rifle , a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 10:  Unlawful Possession of a Firearm in the  Second Degree (prior felony)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, previously having been convicted in Kitsap County Superior Court of Possession of a Controlled Substance without a Prescription, a felony, knowingly did own, have in his possession, or have in his control, a Marlin Model 60 .22 caiber semi automatic rifle, a firearm as defined in RCW 9.41.010;

Contrary to RCW 9.41.040(2)(a)(i), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW9A.20.021(1)(c), plus restitution, assessments and court co sts.)
**Court Code**: 9.41.040(2)(a)(i)

### Count 11:  VUCSA (Poss  Methamphetamine with Intent to Manufacture or Deliver)

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, unlawfully and feloniously did possess with intent to manufacture or deliver methamphetamine, a controlled substance, and did know it was a controlled substance;
Contrary to RCW 69.50.401(1), (2)(b), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW 9A.20.021(1)(c), plus restitution, assessments and court costs.)

Court Code: 69.50.401(1), (2)(b)

<u>Count 12: VUCSA (Poss Cocaine or Heroin with Intent to Manufacture or Deliver)</u>

That the defendant NORMAN C. CLARY, in the State of Washington, on or about October 2, 2019, unlawfully and feloniously did possess with intent to manufacture or deliver heroin, a controlled substance and a narcotic drug, and did know it was a controlled substance; Contrary to RCW 69.50.401(1), (2)(a), and against the peace and dignity of the State of Washington.

(Maximum Penalty—Five (5) years imprisonment or $10,000 fine, or both pursuant to RCW 9.41.040(2)(b) and RCW 9A.20.021(1)(c), plus restitution, assessments and court costs.)

Court Code: 69.50.401(1), (2)(a)

Dated _____10/3/19_____ at Ephrata, Washington.

GARTH DANO
Grant County Prosecuting Attorney

Daniel C Crawford, WSBA #43617
Deputy Prosecuting Attorney

| DEFENDANT INFORMATION ||||
|---|---|---|---|
| NAME: **NORMAN C. CLARY** ||| DOB: ■■■ |
| ADDRESS: ■■■ **MOSES LAKE, WA 98837** ||||
| OIN: ■■■ | AGENCY: **MLPD** | DRIV. LIC. NO. ■■■ | DL ST: **WA** |
| SID: ■■■ | FBI: ■■■ | PCN: ■■■ | |
| SEX: **M** | RACE: **W** | | |

SHANNON COLLINS
**FILED**
OCT 03 2019
KIMBERLY A. ALLEN
GRANT COUNTY CLERK

SUPERIOR COURT OF WASHINGTON FOR GRANT COUNTY

STATE OF WASHINGTON,

          Plaintiff,

vs.

**NORMAN C. CLARY**,
DOB:
MLPD,

          Defendant.

No.: 19-1-00561-13

ORDER

RE: PROBABLE CAUSE
and
☐ FOR ARREST WARRANT
☐ FOR SUMMONS TO APPEAR

☐ *Clerks Action Required*

HAVING considered Plaintiff's motion for a finding of probable cause to detain Defendant, and the files and records herein upon which it is based, the Court finds and orders as follows:

### FINDINGS

1. ☐ The Plaintiff has established probable cause to detain the Defendant upon:
   ☐ all charges in the Information - **or** - the counts of the Information checked below only:
   ☒ **COUNT 1:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
   ☒ **COUNT 2:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
   ☒ **COUNT 3:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
   ☒ **COUNT 4:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
   ☒ **COUNT 5:** Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
   ☒ **COUNT 6:** Unlawful Possession of a Firearm in the Second Degree (prior

ORDER RE: PROBABLE CAUSE    Page 1    PROSECUTING ATTORNEY
35 C STREET NW, POST OFFICE BOX 37
EPHRATA, WA 98823
(509) 754-2011 FAX (509) 754-3449

15

☒ COUNT 7: Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
☒ COUNT 8: Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
☒ COUNT 9: Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
☒ COUNT 10: Unlawful Possession of a Firearm in the Second Degree (prior felony), 9.41.040(2)(a)(i)
☒ COUNT 11: VUCSA (Poss Methamphetamine with Intent to Manufacture or Deliver), 69.50.401(1), (2)(b) *Simple possession only*
☒ COUNT 12: VUCSA (Poss Cocaine or Heroin with Intent to Manufacture or Deliver), 69.50.401(1), (2)(a) *Simple possession only*

☐ Plaintiff has not established probable cause to detain the Defendant on any count in the Information. *(Clerk is ordered below to issue a Summons for Defendant to appear)*

☐ The address search provided by CrR 2.2(a)(3) is not required because the Defendant has previously appeared in court on this cause, or is known to be in custody, or the Defendant's name is unknown;
  ☐ The Plaintiff has attempted to ascertain the Defendant's current residential address by searching (1) DISCIS database; (2) DOL driver's license and identicard records; and (3) incarceration and supervision records of the DOC; and ☐ has ☐ has not ascertained the Defendant's current address
  ☐ Plaintiff has not attempted to ascertain the Defendant's current residential address as required by CrR 2.2(a)(3). *(Clerk is ordered below to issue a Summons for Defendant to appear.)*

There ☐ is ☐ is no reasonable cause to believe the Defendant (i) will not appear in response to a summons (or failed to appear in response to a summons previously issued in this cause), (ii) will commit a violent offense, (iii) will interfere with witnesses or the administration of justice, or (iv) is in custody.
*[If "is no" is checked, the Court must use a Summons rather than an Arrest Warrant. CrR 2.2(b)(2)].*

ORDER

Based on the foregoing Findings, the Court orders the *one* section marked below:

☒ **Defendant in Custody**
The court has by separate order established conditions for release and set an arraignment date (or will do so).

ORDER RE: PROBABLE CAUSE        Page 2        PROSECUTING ATTORNEY
35 C STREET NW, POST OFFICE BOX 37
EPHRATA, WA 98823
(509) 754-2011 FAX (509) 754-3449

16

☐ **Arrest Warrant Ordered:**

*Allowed only if PC found, address search waived or done, __and__ reasonable cause found under no. 3 above.*

1. Pursuant to CrR 2.2(a)(1), the Clerk of this court is directed to issue a warrant for Defendant's arrest; warrant may be served by teletype under RCW 10.31.060.
2. ☐ Bail is set at $_____, surety bond or cash; if bail is posted:
   ☐ Defendant shall appear before the court the following Monday at 9:00 am, or the following Tuesday at 9:00 am if Monday is a holiday
   - or -
   ☐ Defendant shall not be released until court addresses further conditions for release.

☐ **Summons Ordered:**

1. Pursuant to CrR 2.2(b), the Clerk of this court is directed to issue a summons, directing the Defendant to appear before the court on the date stated below; summons may be served by mail under CrR 2.2(d):

DATE: _____    TIME: _____

2. Plaintiff may again move the court for issuance of a warrant in this cause. Upon doing so, Plaintiff shall:

   ☐ Supplement the certificate, declaration or testimony offered to establish probable cause to detain the Defendant on the charges in the Information and/or file an amended Information.
   ☐ Search for Defendant's current address:
      ☐ in the databases specified in CrR 2.2(a)(3)(i);
      ☐ in the following databases: _____

   ☐ Show reasonable cause, if any, under Finding no. 3, above.

Dated: 10/3/19                    _____
                                   JUDGE

ORDER RE: PROBABLE CAUSE          Page 3

PROSECUTING ATTORNEY
35 C STREET NW, POST OFFICE BOX 37
EPHRATA, WA 98823
(509) 754-2011 FAX (509) 754-3449

17