William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NORMAN CARL CLARY,<br><br>                    Defendant. | 2:19-CR-170-TOR<br><br>Notice of Non-Scannable Exhibit<br><br>TO BE RESTRICTED |

        Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following notice of non-scannable exhibit.

        On July 13, 2020, the United States' filed its Sentencing Memorandum in the above referenced cause. Exhibit E contains electronic media that cannot be filed as a .pdf document on CM/ECF. Electronic copies of Exhibit C has been provided to the Court and a copy has been made available for defense.

        Dated:  July 15, 2020.

William D. Hyslop
United States Attorney
*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

Notice of Non-Scannable Exhibit - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Stephen Hormel: steve@hormellaw.com

_s/ Caitlin Baunsgard_
Caitlin Baunsgard
Assistant United States Attorney

Notice of Non-Scannable Exhibit - 2